IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LUNA,

    Petitioner,                          No. CIV S-05-0624 MCE CMK P

    vs.

W.A. DUNCAN,

    Respondent.                       FINDINGS & RECOMMENDATIONS

                          /

        Petitioner, a state prisoner proceeding without counsel, has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. No pleadings other than the in forma pauperis application have been filed by petitioner.[1] On April 12, 2005, the court ordered petitioner to file a petition within thirty days. To date, petitioner has not filed a petition, nor communicated in any other way with the court.

///

///

///

///

---

[1] Because petitioner is suing the warden, the court assumes he meant to file a habeas action.

1

1        Accordingly, petitioner is ordered to show cause in writing, within twenty days
2 from the date of this order, why this action should not be dismissed for failure to prosecute.
3 DATED: August 29, 2006.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE